# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Gonzales, Valandre | Docket No. | 2:13CR00106-RMP |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW, Melissa Hanson, pretrial services officer, presenting an official report upon the conduct of defendant, Valandre Gonzales, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 15th day of January 2014, under the following conditions:

**Condition**: If Ms. Gonzales is required to submit to a substance abuse evaluation, inpatient or outpatient treatment, the following shall apply:

Ms. Gonzales shall complete treatment indicated by an evaluation or recommended by pretrial services and shall comply with all rules of a treatment program. Ms. Gonzales shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment. If Ms. Gonzales fails in any way to comply or cooperate with the requirements and rules of a treatment program, pretrial services shall notify the court and the U.S. Marshal, who will be directed to immediately arrest Ms. Gonzales.

**Condition #9:** Ms. Gonzales shall refrain from the use or possession of unlawful narcotic drugs or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On or about April 16, 2014, Ms. Gonzales failed to complete inpatient treatment at Thunderbird Treatment Center.

**Violation #2:** On or about April 20, 2014, Ms. Gonzales consumed a controlled substance, marijuana.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  April 30, 2014 |
| by | s/Melissa Hanson |
|  | Melissa Hanson<br>U.S. Pretrial Services Officer |

PS-8

Re:  GONZALES, Valandre
April 30, 2014
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_April 30, 2014_____
Date